DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ISIAH TURNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2189

_____

September 21, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

Isiah Turner, pro se.

PER CURIAM.

Affirmed. *See State v. Johnson,* 122 So. 3d 856 (Fla. 2013); *Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Robinson v. State,* 337 So. 3d 1275 (Fla. 2d DCA 2022); *Lopez v. State,* 135 So. 3d 539 (Fla. 2d DCA 2014); *Boardman v. State,* 69 So. 3d 367 (Fla. 2d DCA 2011); *Burrows v. State,* 890 So. 2d 286 (Fla. 2d DCA 2004);

*Washington v. State*, 335 So. 3d 1270 (Fla. 3d DCA 2022); *Simmons v. State*, 332 So. 3d 1129 (Fla. 5th DCA 2022); *State v. Wilson*, 203 So. 3d 192 (Fla. 4th DCA 2016); *Williams v. State*, 143 So. 3d 423 (Fla. 1st DCA 2014).

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.